# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEBBIE L. BROCKETT,<br>　　Plaintiff(s),<br>v.<br>BANK OF AMERICA, N.A., et al.,<br>　　Defendant(s). | Case No.: 2:17-cv-02579-GMN-NJK<br><br>**ORDER** |

　　Chief Judge Navarro ordered Plaintiff and Defendant VW Credit to file a joint status report by July 6, 2018. Docket No. 14. They did not do so. The Court again **ORDERS** Plaintiff and Defendant VW Credit to file a joint status report by January 25, 2019.

　　IT IS SO ORDERED.

　　Dated: January 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1